1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TODD ALVERS,<br><br>Defendant. | NO.   CR20-187 BAT<br><br>**CRIMINAL INFORMATION**<br><br>U.S.C. Title 18, Section 1703(b)<br>(Delay or Destruction of Mail or<br>Newspapers)<br><br>**Misdemeanor** |

The United States Attorney charges that:

### Count One
### (Destruction of Mail or Newspapers)

Beginning at a date unknown and continuing until on or about December 20, 2019, in Snohomish County, within the Western District of Washington, TODD ALVERS, without authority, knowingly destroyed mail not directed to him.

//
//
//

Information/Alvers - 1

1   All in violation of Title 18, United States Code, Section 1703(b).

2   DATED this 30ᵗʰ day of October, 2020.

3

4

5

6   _____
    BRIAN T. MORAN

7   United States Attorney

8

9   _____

10  S. KATE VAUGHAN
    Assistant United States Attorney

11

12  _____

13  BENJAMIN T. DIGGS
    Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    Information/Alvers - 2